IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Donald Babb,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Defendant. | C/A No.: 0:19-487-JFA-PJG<br><br><br>ORDER |

　　　The parties have jointly moved for this court to appoint a Magistrate Judge to mediate their dispute without charge to the parties (ECF No. 39). The parties have agreed to extend the mediation deadline to September 11, 2020.

　　　For good cause shown, the parties of record, together with their attorneys, are hereby directed to mediate this case before the Honorable Shiva V. Hodges, United States Magistrate Judge. The attorneys shall contact Judge Hodges directly to arrange a date and time for mediation.

　　　IT IS SO ORDERED.

July 17, 2020　　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　United States District Judge